UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL HAMEL,

        Plaintiff,

  - against -

GARLAND TOI BARRETO; NEW YORK CITY
DEPARTMENT OF CORRECTION; LISETTE
CAMILO; NEW YORK CITY DEPARTMENT OF
CITYWIDE ADMINISTRATIVE SERVICES;
CITY OF NEW YORK,

        Defendants.
------------------------------------------------------------X

**JUDGMENT**
15-CV-6324 (RRM) (RER)

A Memorandum and Order having been issued this date granting defendants' motion for summary judgment, it is hereby

ORDERED, ADJUDGED and DECREED that plaintiff take nothing from defendants, and this action is hereby dismissed with prejudice.

Dated: Brooklyn, New York
       March 26, 2018

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge